# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1750. FRANCES W. WILSON et al. v. ANGELA HAND.

Angela Hand filed a dispossessory action against Frances W. Wilson and Timothy R. Wilson (the "Wilsons") in magistrate court. After the magistrate court entered a judgment granting a writ of possession to Hand, the Wilsons appealed to superior court. The superior court entered an order denying the Wilsons' appeal, and the Wilsons have now filed a direct appeal to this Court. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). The Wilsons' failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/23/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*